**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BRUSTEIN & MANASEVIT, PLLC )
Plaintiff, )
v. ) Civil Action No. 16-2383 RJL
UNITED STATES DEPARTMENT OF EDUCATION, )
Defendant. )

## JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report and propose the following schedule in this matter. Both parties have reviewed and approved of this Joint Status Report.

BACKGROUND

1. This lawsuit arises out a FOIA request that Plaintiff submitted to Defendant on May 12, 2016.

2. Plaintiff filed its complaint on December 6, 2016, seeking an injunction requiring Defendant to disclose the requested records in their entireties and make copies of such records available to Plaintiff.

3. On February 8, 2017, Defendant filed its answer.

4. This Court issued a Case Management Order on February 10, 2017, requiring the parties to jointly prepare and submit a statement to the Court indicating whether the matter could be resolved solely through the filing of dispositive motions and providing a schedule for such motions.

5. After conferring, the parties agreed to a schedule for the release of documentation in response to the Plaintiff's FOIA request. The parties filed a Joint Status Report with this

Court on March 14, 2017 notifying the Court of this schedule. The parties proposed filing another Joint Status Report in 60 days to notify the Court of the status of document processing and production and any issues which may arise during the interim.

6. On March 20, 2017, the Court granted the parties' request and ordered the parties to file a new status report on or before May 12, 2017.

STATUS

7. The Defendant provided its response to the Plaintiff's FOIA request on March 27, 2017. The response includes 36 pages of documentation the Defendant believes to be responsive to the Plaintiff's FOIA request. The Defendant withheld certain portions of the documentation based on its belief that the portions were either non-responsive to the request or subject to certain FOIA exemptions.

8. Based on a review of the documentation, the Plaintiff requested, and the Defendant agreed to provide, a draft Vaughn index describing the redacted portions. The Defendant agreed to provide the Plaintiff a draft Vaughn index by May 11, 2017, which Plaintiff's counsel has received.

9. The Plaintiff will review the draft Vaughn index and make a determination as to its belief on the appropriateness of the exemptions claimed by the Defendant.

10. The parties propose filing another Joint Status Report on June 12, 2017 as to the status of the Plaintiff's review.

11. Plaintiff reserves the right to raise any argument or issue regarding the exemptions claimed by the Defendant.

12. Both parties reserve the right to file any dispositive motion(s).

Respectfully Submitted,

______________________/s/
Leigh Manasevit, Esq.
D.C. Bar No. 260851
Brustein & Manasevit, PLLC
1023 15th Street NW, Suite 500
Washington, DC 20005
Tel: 202-965-3652
Fax: 202-965-8913

For Plaintiff

CHANNING D. PHILLIPS, DC Bar #415793
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: ______________________________/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

For Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Joint Status Report has been made through the Court's electronic transmission facilities on this 11th day of May, 2017.

/s/

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 252-2536
mark.nebeker@usdoj.gov